PS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID C. LETTIERI,

       Petitioner,

    v.

ALLEGANY COUNTY JAIL,

       Respondent.
_____

DAVID C. LETTIERI,

       Plaintiff,

    v.

LAWRENCE JOSEPH VILARDO,

       Defendant.
_____

DAVID C. LETTIERI,

       Plaintiff,

    v.

PAUL E. BONANNO, et al.,

       Defendants.
_____

22-CV-6498 EAW

23-CV-6498 EAW

23-CV-6515 EAW

_____

DAVID C. LETTIERI,

       Plaintiff,

       v.

LAWRENCE JOSEPH VILARDO,

       Defendant.

                 23-CV-6563 EAW

_____

DAVID C. LETTIERI,

       Petitioner,

       v.

LAWRENCE JOSEPH VILARDO,

       Respondent.

                 23-CV-6690 EAW

_____

DAVID C. LETTIERI,

       Plaintiff,

       v.

LAWRENCE JOSEPH VILARDO,

       Defendant.

                 23-CV-6704 EAW

_____

_____

DAVID C. LETTIERI,

      Plaintiff,

  v.

DEPARTMENT OF JUSTICE, et al.,

      Defendants.
_____

23-CV-749 EAW

DAVID C. LETTIERI,

      Plaintiff,

  v.

MICHAEL J. ROEMER, et al.,

      Defendants.
_____

24-CV-6335 EAW

## **ORDER**

On June 25, 2024, the Court entered an Order to Show Cause in each of the above-captioned cases requiring *pro se* litigant David C. Lettieri ("Lettieri") to show cause why the Court should not revoke his *in forma pauperis* ("IFP") status in all cases in which it has already been granted and deny all pending motions for IFP status. (*See* Case No. 24-cv-06335, Dkt. 5; Case No. 23-cv-00749, Dkt. 34; Case No. 23-cv-06704, Dkt. 13; Case No. 23-cv-06690, Dkt. 8; Case No. 23-cv-06563, Dkt. 10; Case No. 23-cv-06515, Dkt. 16; Case No. 23-cv-06498, Dkt. 12; Case No. 22-cv-06498, Dkt. 32). Lettieri's deadline to respond to the Court's Order to Show Cause was July 9, 2024. He did not submit any response.

As described in an Order entered by the Hon. Lawrence J. Vilardo in *In re: David C. Lettieri*, Case No. 23-MC-32, Lettieri has engaged in a extreme pattern of vexatious litigation in this District over the last two years. (*Id.*, Dkt. 32 at 1). The Court "has spent hundreds of hours addressing Lettieri's dozens of meritless complaints and petitions, each of which was accompanied by a request to proceed [IFP]," and has "imposed three filing injunctions in an attempt to curb Lettieri's abuse of the judicial process." (*Id.*). These efforts have failed to abate Lettieri's vexatious filings.

Consistent with the Order to Show Cause, the Court concludes that revocation of Lettieri's IFP status is necessary to stop his ongoing abuse of the judicial process. (*See id.* at 3). It is accordingly hereby ORDERED as follows:

(1) Lettieri's motion for IFP status in Case No. 24-cv-06335 (Dkt. 2) is DENIED;

(2) Lettieri's IFP status is REVOKED in Case No. 23-cv-00749, Case No. 23-cv-06704, Case No. 23-cv-06690, Case No. 23-cv-06515, Case No. 23-cv-06498, and Case No. 22-cv-06498; and

(3) Lettieri's pending motions in Case No. 23-cv-00749 (Dkt. 27; Dkt. 28; Dkt. 33), Case No. 23-cv-06690 (Dkt. 7), Case No. 23-cv-06498 (Dkt. 9; Dkt. 10); and Case No. 22-cv-06498 (Dkt. 30) are DENIED.

It is further ORDERED that if Lettieri does not pay the $350.00 filing fee and $55.00 administrative fee ($405.00 total) in his pending cases within 30 days of entry of this Order, those cases shall be dismissed without prejudice without further order of the Court.

- 5 -

SO ORDERED.

_____
ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated:     July 31, 2024
           Rochester, New York